UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Patricia Brown, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:15-cv-04381-CMC-SVH |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolina Kidney Specialist, LLC, Columbia Northeast Kidney Center, LLC, and American Renal Associates, LLC. | ) ) ) ) ) ) ) | Stipulation of Dismissal Without Prejudice |
| Defendants. | ) ) | |

COMES NOW the Plaintiff, Patricia Brown, by and through their undersigned attorneys of record, and pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, dismisses without prejudice, the Complaint filed herein against above named Defendants.

Plaintiff makes this request on the basis that the Equal Employment Opportunity Commission (EEOC) has not concluded its investigation. Once the EEOC has concluded the investigation, Plaintiff will refile the lawsuit in this Court.

Respectfully Submitted:

/s/ Donald Gist_____
Donald Gist, Esquire
Gist Law Firm, PA
PO Box 30007
Columbia, SC 29230
Tel.: (803) 771-8007
Fax: (803) 771-0063

Attorney for Plaintiff

November 18, 2015